**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Wastetech, LLC, FKA NTC Waste Group** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **81-3307042** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **280 Heritage Walk**<br>**Woodstock, GA 30188**<br>Number, Street, City, State & ZIP Code | **P.O. Box 729**<br>**Lebanon, GA 30146**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cherokee**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **wastetech.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Wastetech, LLC, FKA NTC Waste Group**                          Case number *(if known)* _____
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship | |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

Debtor  **Wastetech, LLC, FKA NTC Waste Group**                                   Case number (*if known*) _____
        Name

---

**11.  Why is the case filed in this district?**   *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

        Contact name _____

        Phone _____

---

■   **Statistical and administrative information**

**13.  Debtor's estimation of available funds**   .   *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Wastetech, LLC, FKA NTC Waste Group**
        Name _____    Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 13, 2018**
              MM / DD / YYYY

**X** **/s/ Rebecca Griffin**                          **Rebecca Griffin**
Signature of authorized representative of debtor        Printed name

Title   **Onwer**

---

**18. Signature of attorney**

**X** **/s/ Brian S. Limbocker**                Date  **February 13, 2018**
Signature of attorney for debtor                      MM / DD / YYYY

**Brian S. Limbocker 800500**
Printed name

**Limbocker Law Firm**
Firm name

**2230 Towne Lake Parkway**
**Bldg. 100, Suite 140**
**Woodstock, GA 30189**
Number, Street, City, State & ZIP Code

Contact phone   **678-401-6836**      Email address   **bsl@limbockerlawfirm.com**

**800500 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Wastetech, LLC, FKA NTC Waste Group**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 13, 2018**  X **/s/ Rebecca Griffin**
             Signature of individual signing on behalf of debtor

              **Rebecca Griffin**
              Printed name

              **Onwer**
              Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Wastetech, LLC, FKA NTC Waste Group**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____**0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ _____**2,477,823.87**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $ _____**2,477,823.87**

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____**4,850,458.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $ _____**0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ _____**333,425.40**

4.    Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b    $ _____**5,183,883.40**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Wastetech, LLC, FKA NTC Waste Group**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **LGE Credit Union** | **Checking** | **0989** | **$145,923.87** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $145,923.87 |
|---|

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | Case number *(If known)* | |
|--------|------------------------------------------|--------------------------|--|
| | Name | | |

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|---------------------|------------------------------------------------------|----------------------------------------|------------------------------------|
| 39. | Office furniture **Misc. Office Furniture** | **$0.00** | | **$5,000.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

|  |
|--|
| **$5,000.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

---

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|--------------------------------------------------------------------------------------------------------|------------------------------------------------------|----------------------------------------|------------------------------------|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.1. | **2002 Mack Truck JDH8422, VIN 1M2K189C02M020015 - location unknown**<br>**1999 Mack Truck CHR0632, VIN 1M2P267CXXM044775 - location unknown**<br>**2016 Big Tex Trailer, VIN 16UDX2021G2062097 - Debtor believes this asset is in Littleton, Colorado**<br>**2008 MACK GU800 Vin 1M2AX13C98M001675 - This has been reported as stolen, last location in West Palm Beach, FL**<br>**2007 MACK CV713 1M2AG11C67M061429 - This has been reported as stolen, last location in West Palm Beach, FL**<br>**2005 Peterbilt  VIN 1NPALU0X35N846273 - This has been reported as stolen, last location in Hollywood, FL**<br>**2006 MACK CT713 VIN 1M2AL02C56M002178 - Debtor believes this asset is in Littleton, Colorado**<br>**2015 BIG TEX UTIL TRL VIN 16VDX2020F2035133 - Debtor believes this asset is in Littleton, Colorado**<br>**2016 DODGE 3500 Dually VIN 3C63RRGL1GG105862 - Debtor believes this asset is in Littleton, Colorado**<br>**2009 Dodge Welding Truck PK VIN 3D7MX48LX9G508591 - Located in High Point Storage**<br>**2013 CAT 2EP600 Forklift - VIN FN444946 - Debtor believes this asset is in Littleton, Colorado** | | $0.00 | Liquidation | $479,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 47.2. | **2016 MACK GU813 VIN 1M2AX18C8GM034044 - Debtor believes this asset is in Englewood, Colorado**<br>**2017 MACK GU813 VIN 1M2AX13C9HM038127 - Debtor believes this asset is in Englewood, Colorado**<br>**2018 MACK GU713 VIN 1M2AX04C7JM037217 - Debtor believes this asset is in Englewood, Colorado** | | $0.00 | | $400,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 47.3. | **2018 MACK GU813 VIn 1M2AX13C0JM039737 - Debtor believes this is located in Englewood, Colorado** | | $0.00 | Liquidation | $130,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 47.4. | **2016 Ram 3500 VIN 3C63RRGLXGG105861 - Debtor believes this is located in Englewood, Colorado 2011 Peterbilt with mounted 50yd 388 VIN 1NPWLU0X1BD125289 - Located at First Fleet Truck Sales in Lake Worth, FL 2007 MACK granite VIn 1M2AT04C77M004366 - located at 2442 Rockfill Rd., Fort Myers, Florida 2003 MACK VIN 1M2P267C43M066281 - Ace Ecology - 5330 FM 646 Rd., East, Dickson, TX 77539 2004 Kenworth with mounted 50yd T-800 VIN 1NKDXUEX24J068423 - Located at First Fleet Truck Sales in Lake Worth, FL 2004 Western Star with mounted 50yd 4200 Tri Axel VIN 5KKHAEAV14PM76597 - Located at First Fleet Truck Sales in Lake Worth, FL 2003 INTERNATIONAL 7000 VIN 1HTWNADT23J067531 - Ace Ecology - 5330 FM 646 Rd., East, Dickson, TX 77539 2008 GMC w mounted 50yd C7500 TOPKICK VIN 1GDL7C1G58F409699 - Located at First Fleet Truck Sales in Lake Worth, FL 2015 BIG TEX UTIL TRL VIn 16UDX2029F2034949 - Debtor believes this is located in Englewood, Colorado** | | $0.00 | Liquidation | $510,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 47.5. | **2003 Mack CV700 VIN IMZAG11C43M005175 -Ace Ecology - 5330 FM 646 Rd., East, Dickson, TX 77539 2001 Mack CX600 VIN IMIAE07YZ1W010254 -Ace Ecology - 5330 FM 646 Rd., East, Dickson, TX 77539 2013 GMC 1500 Sierra VIN 1GTRIVE0DZ295821 - Debtor believes this truck is in Englewood, Colorado** | | $0.00 | | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | | |
| 49. | **Aircraft and accessories** | | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **240 Portable Toilets - Debtor believes that these are in Colorado - all have GPS locaters** | | $0.00 | | $90,000.00 |
| | **12 28-yard containers - location unknown 25 mixed used 15's, 20's, 30's, 40's containers - location unknown** | | $0.00 | Liquidation | $122,000.00 |

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **245 20 - 40 yard containers - 35 containers are at 2813 Hunter Street, Fort Myers, Florida.  60 mix sized are at Ace Ecology - 5330 FM 646 Rd., East, Dickson, TX  77539.  37 mix sized containers are .  117 containers are in Englewood, Colorado.  10 are at Andy ANderson Trucking.  The location of the other containers are unknown.** | $0.00 | Liquidation | $595,900.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $2,326,900.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| **Claim against Rodney Lanxton for taking a section of the business** | | **$0.00** |
|---|---|---|
| Nature of claim | | |
| Amount requested | **$0.00** | |

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

|  | **$0.00** |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Wastetech, LLC, FKA NTC Waste Group**                     Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $145,923.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,326,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,477,823.87 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,477,823.87 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Wastetech, LLC, FKA NTC Waste Group**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Advantage Funding**<br>Creditor's Name<br><br>**3 Dakota Drive, Ste. 210<br>Lake Success, NY 11042**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**2018 MACK GU813 Vin 1M2AX13C0JM039737 - Debtor believes this is located in Englewood, Colorado and 3 containers**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $187,257.00 | $130,000.00 |
| **2.2  CBSG, Inc.**<br>Creditor's Name<br><br>**141 N. 2nd St.<br>Philadelphia, PA 19106**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Business assets**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $2,300,000.00 | Unknown |

Debtor    **Wastetech, LLC, FKA NTC Waste Group**

Name                                                        Case number (if know)

☐ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Mack Financial** | **Describe debtor's property that is subject to a lien** | $138,854.00 | $115,000.00 |
|---|---|---|---|---|

Creditor's Name

**2016 MACK GU813 VIN
1M2AX18C8GM034044, Debtor believes this
asset is in Englewood, Colorado**

**7025 Albert Pick Rd., Ste.
105
Greensboro, NC 27409**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 | **Mack Financial** | **Describe debtor's property that is subject to a lien** | $136,907.00 | $110,000.00 |
|---|---|---|---|---|

Creditor's Name

**2017 MACK GU813 VIN 1M2AX13C9HM038127
- Debtor believes this asset is in Englewood,
Colorado**

**7025 Albert Pick Rd., Ste.
105
Greensboro, NC 27409**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.5 | **Mack Financial** | **Describe debtor's property that is subject to a lien** | $137,440.00 | $115,000.00 |
|---|---|---|---|---|

Creditor's Name

**2018 MACK GU713 VIN 1M2AX04C7JM037217**

**7025 Albert Pick Rd., Ste.
105
Greensboro, NC 27409**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 4

Debtor   **Wastetech, LLC, FKA NTC Waste Group**
_____         Case number (if know) _____
Name

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **MPM Properties** | Describe debtor's property that is subject to a lien | $350,000.00 | $479,000.00 |
|---|---|---|---|---|

Creditor's Name

**1000 Featherstone Rd.
Alpharetta, GA 30022**

**Business assets**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Silver Line Services, Inc.** | Describe debtor's property that is subject to a lien | $1,600,000.00 | $1,300,000.00 |
|---|---|---|---|---|

Creditor's Name

**126 10th St.
#207
Brooklyn, NY 11215**

**2008 MACK GU800 Vin 1M2AX13C98M001675 and 3 properties owned by RBMH Holdings**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,850,458.00** |
|---|---|

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

Debtor    **Wastetech, LLC, FKA NTC Waste Group**    Case number (if know) _____
          Name

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Stillwell Capital Partners**<br>**P.O. Box 490**<br>**Mineral Bluff, GA 30559** | Line  __2.6__ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name       **Wastetech, LLC, FKA NTC Waste Group**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $1,606.00 |
| | **Abu Zaid Petroleum, inc.** | |
| | **6160 N. Sam Houston Parkway W.** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Houston, TX 77066** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | $4,400.00 |
| | **Ace Ecology Inc. Storage** | |
| | **5330 FM 646 Rd E** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Dickinson, TX 77539** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | $182.00 |
| | **Ackerman Security Systems** | |
| | **PO Box 933374** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Atlanta, GA 31193** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | $12,000.00 |
| | **AMEX** | |
| | **PO Box 791250** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Baltimore, MD 21279** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _3004_ | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |
|---|---|---|---|

**AMEX**
**P.O. Box 1270**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Andy Anderson Trucking**
**5586 Old Hwy 5**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$113.00** |
|---|---|---|---|

**ASAP Checks**
**13 Bethune St., #190**
**Alexandria Bay, NY 13607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,700.00** |
|---|---|---|---|

**Bennett Thrasher LLP**
**3300 Riverwood Pkwy Ste 700**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$459.00** |
|---|---|---|---|

**Cherokee Reporgraphics Inc**
**280 Heritage Walk**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$273.00** |
|---|---|---|---|

**Click2Mail**
**3103 10th Street N Ste 201**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$86.00** |
|---|---|---|---|

**Crystal Springs**
**P.O. Box 660579**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Wastetech, LLC, FKA NTC Waste Group**    Case number (if known) _____
          Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |

**dun & bradstreet**
**PO Box 742138**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28.00 |

**FDOT - FL Toll Fees**
**PO box 105477**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.00 |

**FedEX**
**PO Box 660481**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,900.00 |

**Ferrera Automotive Service Cen**
**2000 Sheridan St**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |

**Kopier Net**
**PO Box 800219**
**Roswell, GA 30075**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |

**LabCorp**
**PO Box 12140**
**Burlington, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |

**Landstar Ranger, Inc.**
**PO Box 784293**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | Case number (if known) | |
|---|---|---|---|

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,774.00** |
|---|---|---|---|

**Mandelbaum, Fitzsimmons, Hewit**
P.O. Box 3373
Tampa, FL 33604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,700.00** |
|---|---|---|---|

**Marietta Wrecker**
950 Allgood Rd
Marietta, GA 30062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,302.00** |
|---|---|---|---|

**Nationwide Insurance**
P.O. Box 10479
Des Moines, IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,629.00** |
|---|---|---|---|

**Pinnacol Assurance**
PO Box 561434
Denver, CO 80256

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,040.00** |
|---|---|---|---|

**Quandary Consulting Group**
1550 Larimer St #676
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,264.00** |
|---|---|---|---|

**Quest Enterprises**
24530 Wayne Rd.
Porter, TX 77365

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,500.00** |
|---|---|---|---|

**Republic Services**
PO Box 842435
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Wastetech, LLC, FKA NTC Waste Group**                     Case number (if known) _____
Name

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $737.00 |
|------|------|------|------|

**Service Uniform Rental**
2580 South Raritan Street
Englewood, CO 80110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,732.00 |
|------|------|------|------|

**Sunstate Equipment Rental**
PO Box 52581
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,600.00 |
|------|------|------|------|

**Volume Logistics**
2415 Old Comelia Hwy Ste G
Gainesville, GA 30507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,380.00 |
|------|------|------|------|

**Warcom, Inc.**
P.O. Box 168
Sugar Land, TX 77487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,190.00 |
|------|------|------|------|

**Warcom, Inc.**
P.O. Box 168
Sugar Land, TX 77487

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,990.00 |
|------|------|------|------|

**Waste Management**
P.O. Box 78251
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470.00 |
|------|------|------|------|

**Waste Management of Atlanta Ha**
PO Box 105453
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | | Case number (if known) | |
| | Name | | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,414.00** |
|---|---|---|---|
| | **Waste Management South Metro T**<br>**PO Box 78251**<br>**Phoenix, AZ 85062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number**  3007 | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,231.40** |
|---|---|---|---|
| | **Yancey Car Rental**<br>**P.O. Box 741336**<br>**Atlanta, GA 30374-1336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 333,425.40 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 333,425.40 |

**Fill in this information to identify the case:**

Debtor name    **Wastetech, LLC, FKA NTC Waste Group**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wastetech, LLC, FKA NTC Waste Group** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Abu Zaid Petroleum, inc. | ☐ D ____<br>■ E/F __3.1__<br>☐ G ____ |
| 2.2 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Ace Ecology Inc. Storage | ☐ D ____<br>■ E/F __3.2__<br>☐ G ____ |
| 2.3 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Ackerman Security Systems | ☐ D ____<br>■ E/F __3.3__<br>☐ G ____ |
| 2.4 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Advantage Funding | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Andy Anderson Trucking | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | Case number *(if known)* | |
|---|---|---|---|

| ■ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

| 2.6 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | ASAP Checks | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
|---|---|---|---|---|

| 2.7 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Bennett Thrasher<br>LLP | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
|---|---|---|---|---|

| 2.8 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | CBSG, Inc. | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.9 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Cherokee<br>Reporgraphics Inc | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
|---|---|---|---|---|

| 2.10 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Click2Mail | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
|---|---|---|---|---|

| 2.11 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Crystal Springs | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
|---|---|---|---|---|

| 2.12 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | dun & bradstreet | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
|---|---|---|---|---|

| 2.13 | Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | FDOT - FL Toll Fees | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
|---|---|---|---|---|

Debtor    **Wastetech, LLC, FKA NTC Waste Group**                    Case number *(if known)* _____

---

█  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|

| 2.14 | **Rebecca Griffin** | **562 Transart Parkway**<br>**Canton, GA 30114** | **FedEX** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Rebecca Griffin** | **562 Transart Parkway**<br>**Canton, GA 30114** | **Ferrera Automotive**<br>**Service Cen** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.16 | **Rebecca Griffin** | **562 Transart Parkway**<br>**Canton, GA 30114** | **Kopier Net** | ☐ D _____<br>■ E/F __3.16__<br>☐ G _____ |
| 2.17 | **Rebecca Griffin** | **562 Transart Parkway**<br>**Canton, GA 30114** | **LabCorp** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.18 | **Rebecca Griffin** | **562 Transart Parkway**<br>**Canton, GA 30114** | **Landstar Ranger, Inc.** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.19 | **Rebecca Griffin** | **562 Transart Parkway**<br>**Canton, GA 30114** | **Mack Financial** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Rebecca Griffin** | **562 Transart Parkway**<br>**Canton, GA 30114** | **Mack Financial** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Rebecca Griffin** | **562 Transart Parkway**<br>**Canton, GA 30114** | **Mack Financial** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

---

Debtor  **Wastetech, LLC, FKA NTC Waste Group**          Case number *(if known)* _____

| | |
|---|---|
| ▉ | **Additional Page to List More Codebtors** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22  Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Mandelbaum,<br>Fitzsimmons, Hewit | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.23  Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Marietta Wrecker | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.24  Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | MPM Properties | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.25  Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Nationwide<br>Insurance | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.26  Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Pinnacol Assurance | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.27  Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Quandary Consulting<br>Group | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.28  Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Quest Enterprises | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.29  Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | Republic Services | ☐ D _____<br>■ E/F ___3.25___<br>☐ G _____ |

Debtor    **Wastetech, LLC, FKA NTC Waste Group**          Case number *(if known)* _____

| ▓ **Additional Page to List More Codebtors** |
|---|
| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Service Uniform Rental** | ☐ D  _____  ■ E/F  **3.26**  ☐ G  _____ |
| 2.31 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Silver Line Services, Inc.** | ■ D  **2.7**  ☐ E/F  _____  ☐ G  _____ |
| 2.32 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Sunstate Equipment Rental** | ☐ D  _____  ■ E/F  **3.27**  ☐ G  _____ |
| 2.33 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Volume Logistics** | ☐ D  _____  ■ E/F  **3.28**  ☐ G  _____ |
| 2.34 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Warcom, Inc.** | ☐ D  _____  ■ E/F  **3.29**  ☐ G  _____ |
| 2.35 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Warcom, Inc.** | ☐ D  _____  ■ E/F  **3.30**  ☐ G  _____ |
| 2.36 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Waste Management** | ☐ D  _____  ■ E/F  **3.31**  ☐ G  _____ |
| 2.37 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Waste Management of Atlanta Ha** | ☐ D  _____  ■ E/F  **3.32**  ☐ G  _____ |

Debtor    **Wastetech, LLC, FKA NTC Waste Group**          Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.38 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Waste Management  South Metro T** | ☐ D _____  ■ E/F __3.33__  ☐ G _____ |
| 2.39 | **Rebecca Griffin**  562 Transart Parkway  Canton, GA 30114 | **Yancey Car Rental** | ☐ D _____  ■ E/F __3.34__  ☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Wastetech, LLC, FKA NTC Waste Group** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 207

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,100,000.00** |
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$2,670,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
| | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Debtor    **Wastetech, LLC, FKA NTC Waste Group**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Ace Ecology Inc. Storage**<br>**5330 FM 646 Rd E**<br>**Dickinson, TX 77539** | **December and January** | **$9,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.2. **Waste Connections** | **November** | **$16,078.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.3. **Waste Management** | **November and December** | **$55,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Sam Warren** | | **$12,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Gainesville Truck Center**<br>**2145 Athens Highway**<br>**Gainesville, GA 30507** | **2018 MACK GU813 VIN 1M2AX13C9JM040465 adn 2018 MACK VIN 1M2AX13C2JM041487** | **11/16/17** | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | Case number *(if known)* |
|---|---|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Wastetech, LLC, FKA NTC Waste Group**                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Limbocker Law Firm** **2230 Towne Lake Parkway** **Bldg. 100, Suite 140** **Woodstock, GA 30189** | **Attorney Fees** | **December 2017** | **$2,000.00** |
| **Email or website address** _____ | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor     **Wastetech, LLC, FKA NTC Waste Group**                    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Suntrust** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Debtor closed 4 Suntrust Checking accounts on November, 2017** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

| Debtor | **Wastetech, LLC, FKA NTC Waste Group** | Case number *(if known)* | |
|---|---|---|---|

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Bennett Thrasher LLP**<br>**3300 Riverwood Pkwy Ste 700**<br>**Atlanta, GA 30339** | **2016 and 2017** |
| 26a.2.    **Sam Warren**<br>**1100 Waterfall Way**<br>**Canton, GA 30114** | **2016 and 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Wastetech, LLC, FKA NTC Waste Group**                     Case number *(if known)* _____

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Rebecca Griffin**<br>**562 Transart Parkway**<br>**Canton, GA 30114** | |
| 26c.2.    **Sam Warren**<br>**1100 Waterfall Way**<br>**Canton, GA 30114** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **CBSG, Inc.**<br>**141 N. 2nd St.**<br>**Philadelphia, PA 19106** |
| 26d.2.    **First Liberty of Georgia** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rebecca Griffin | 562 Transart Parkway<br>Canton, GA 30114 | President | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rodney Lanxton | | CEO | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Motley Moore | | CFO | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rex Briant | | COO | 0% |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Wastetech, LLC, FKA NTC Waste Group**          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Todd Griffin** | | **Senior Advisor** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sue Parsons** | | **Secretary** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Rebecca Griffin**<br>**562 Transart Parkway**<br>**Canton, GA 30114** | **$130,000.00** | | **Salary for 2017** |
| | Relationship to debtor | | | |
| 30.2. | **Todd Griffin** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Wastetech, LLC, FKA NTC Waste Group**                          Case number *(if known)* _____

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 13, 2018**

**/s/ Rebecca Griffin**                                     **Rebecca Griffin**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Onwer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rebecca Griffin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
|---|---|

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | $ _____ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................... | $ _____ 2,477,823.87 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.......................................................... | $ _____ 2,477,823.87 |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ _____ 4,850,458.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $ _____ 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ _____ 333,425.40 |
| | **Your total liabilities** | $ _____ 5,183,883.40 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

| 4. | *Schedule I: Your Income* (Official Form 106I) | |
|---|---|---|
| | Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $ _____ **N/A** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J*....................................................................... | $ _____ **N/A** |

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Wastetech, LLC, FKA NTC Waste Group**    Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| | |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |

**Fill in this information to identify your case:**

Debtor 1  **Rebecca Griffin**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF GEORGIA

Case number  _____
(if known)

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Rebecca Griffin**_____    X  _____
   **Rebecca Griffin**                                         Signature of Debtor 2
   Signature of Debtor 1

   Date  **February 13, 2018**_____       Date  _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Georgia

In re **Wastetech, LLC, FKA NTC Waste Group** _____    Case No. _____
                                                                          Debtor(s)    Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **All customary and usual work required during the course of the case, including: Negotiations with secured creditors to reduce market value, exemption planning as needed, filing the pre-discharge financial counseling certificate.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability action, any Trustee or U.S. Trustee requests for documents, any document retrieval services, credit counseling and financial management course fees, post discharge credit repair, 707(b) objections, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions or any other adversary proceedings, preparation and filing of reaffirmation agreements and applications or attending any reaffirmation hearings.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 13, 2018** | **/s/ Brian S. Limbocker** |
| _Date_ | **Brian S. Limbocker 800500** |
| | _Signature of Attorney_ |
| | **Limbocker Law Firm** |
| | **2230 Towne Lake Parkway** |
| | **Bldg. 100, Suite 140** |
| | **Woodstock, GA 30189** |
| | **678-401-6836   Fax: 678-412-4152** |
| | **bsl@limbockerlawfirm.com** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Wastetech, LLC, FKA NTC Waste Group**                    Case No.
                                         Debtor(s)                    Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Onwer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **February 13, 2018**                    **/s/ Rebecca Griffin**
                                         **Rebecca Griffin/Onwer**
                                         Signer/Title

Abu Zaid Petroleum, inc.
6160 N. Sam Houston Parkway W.
Houston, TX 77066


Ace Ecology Inc. Storage
5330 FM 646 Rd E
Dickinson, TX 77539


Ackerman Security Systems
PO Box 933374
Atlanta, GA 31193


Advantage Funding
3 Dakota Drive, Ste. 210
Lake Success, NY 11042


AMEX
PO Box 791250
Baltimore, MD 21279


AMEX
P.O. Box 1270
Newark, NJ 07101


Andy Anderson Trucking
5586 Old Hwy 5
Woodstock, GA 30188


ASAP Checks
13 Bethune St., #190
Alexandria Bay, NY 13607


Bennett Thrasher LLP
3300 Riverwood Pkwy Ste 700
Atlanta, GA 30339

CBSG, Inc.
141 N. 2nd St.
Philadelphia, PA 19106


Cherokee Reporgraphics Inc
280 Heritage Walk
Woodstock, GA 30188


Click2Mail
3103 10th Street N Ste 201
Arlington, VA 22201


Crystal Springs
P.O. Box 660579
Dallas, TX 75266


dun & bradstreet
PO Box 742138
Los Angeles, CA 90074


FDOT - FL Toll Fees
PO box 105477
Atlanta, GA 30348


FedEX
PO Box 660481
Dallas, TX 75266


Ferrera Automotive Service Cen
2000 Sheridan St
Hollywood, FL 33020


Kopier Net
PO Box 800219
Roswell, GA 30075

LabCorp
PO Box 12140
Burlington, NC 27216


Landstar Ranger, Inc.
PO Box 784293
Philadelphia, PA 19178


Mack Financial
7025 Albert Pick Rd., Ste. 105
Greensboro, NC 27409


Mandelbaum, Fitzsimmons, Hewit
P.O. Box 3373
Tampa, FL 33604


Marietta Wrecker
950 Allgood Rd
Marietta, GA 30062


MPM Properties
1000 Featherstone Rd.
Alpharetta, GA 30022


Nationwide Insurance
P.O. Box 10479
Des Moines, IA 50306


Pinnacol Assurance
PO Box 561434
Denver, CO 80256


Quandary Consulting Group
1550 Larimer St #676
Denver, CO 80202

```
Quest Enterprises
24530 Wayne Rd.
Porter, TX 77365


Rebecca Griffin
562 Transart Parkway
Canton, GA 30114


Republic Services
PO Box 842435
Dallas, TX 75284


Service Uniform Rental
2580 South Raritan Street
Englewood, CO 80110


Silver Line Services, Inc.
126 10th St.
#207
Brooklyn, NY 11215


Stillwell Capital Partners
P.O. Box 490
Mineral Bluff, GA 30559


Sunstate Equipment Rental
PO Box 52581
Phoenix, AZ 85072


Volume Logistics
2415 Old Comelia Hwy Ste G
Gainesville, GA 30507


Warcom, Inc.
P.O. Box 168
Sugar Land, TX 77487
```

```
Waste Management
P.O. Box 78251
Phoenix, AZ 85062


Waste Management of Atlanta Ha
PO Box 105453
Atlanta, GA 30348


Waste Management South Metro T
PO Box 78251
Phoenix, AZ 85062


Yancey Car Rental
P.O. Box 741336
Atlanta, GA 30374-1336
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Wastetech, LLC, FKA NTC Waste Group**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wastetech, LLC, FKA NTC Waste Group**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 13, 2018**

Date

/s/ Brian S. Limbocker

**Brian S. Limbocker 800500**

Signature of Attorney or Litigant

Counsel for   **Wastetech, LLC, FKA NTC Waste Group**

**Limbocker Law Firm**

**2230 Towne Lake Parkway**
**Bldg. 100, Suite 140**
**Woodstock, GA 30189**
**678-401-6836 Fax:678-412-4152**
**bsl@limbockerlawfirm.com**