Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-52501 PMB  
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP  

**Period Ending:** 03/31/20

**Trustee:** (300006) Cathy L. Scarver, Trustee  
**Filed (f) or Converted (c):** 02/13/18 (f)  
**§341(a) Meeting Date:** 03/13/18  
**Claims Bar Date:** 06/21/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2002 Mack Truck JDH8422 VIN #0015<br>   1999 Mack Truck CHR0632, VIN #4775, 2016 Big Tex Trailer, VIN #2097, 2008 MACK GU800 VIN #1675 2007 MACK CV713 VIN #1429, 2005 Peterbilt VIN #6273, 2006 MACK CT713 VIN #2178, 2015 BIG TEX UTILITY TRAILER VIN #5133, 2016 DODGE 3500 Dually VIN #5862, 2009 Dodge Welding Truck PK VIN #8591, 2013 CAT 2EP600 Forklift  VIN #4946 | 479,000.00 | 0.00 | | 5,900.00 | FA |
| 2 | 2016 MACK GU813 VIN #4044<br>   2017 MACK GU813 VIN #8127 & 2018 MACK GU713 VIN #7217<br>Reposessed pre-petition. | 400,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2018 MACK GU813 VIN #9737 | 130,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2016 Ram 3500 VIN #5861<br>   2011 Peterbilt with mounted 50yd 388 VIN #5289, 2007 MACK granite VIN #4366, 2003 MACK VIN #6281, 2004 Kenworth with mounted 50yd T-800 VIN #8423, 2004 Western Star with mounted 50yd 4200 Tri Axel VIN #6597, 2003 INTERNATIONAL 7000 VIN #7531, 2008 GMC with mounted 50yd C7500 TOPKICK VIN #9699 2015 BIG TEX UTIL TRL VIN #4949 | 510,000.00 | 129,200.00 | | 129,200.00 | FA |
| 5 | 2003 Mack CV700 VIN #5175<br>   2001 Mack CX600 VIN #0254 & 2013 GMC 1500 Sierra | 0.00 | 37,200.00 | | 37,200.00 | FA |

Printed: 05/11/2020 10:03 AM     V.14.66

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 18-52501 PMB  
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP  
**Period Ending:** 03/31/20

**Trustee:** (300006)  Cathy L. Scarver, Trustee  
**Filed (f) or Converted (c):** 02/13/18 (f)  
**§341(a) Meeting Date:** 03/13/18  
**Claims Bar Date:** 06/21/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | VIN #5821 |  |  |  |  |  |
| 6 | LGE Credit Union Checking Account No.0989 | 145,923.87 | 133,205.72 |  | 133,205.72 | FA |
| 7 | Claim against Rodney Lanxton for taking a section of the business | 0.00 | 0.00 |  | 0.00 | FA |
| 8 | Misc. Office Furniture | 5,000.00 | 3,325.00 |  | 3,325.00 | FA |
| 9 | 240 Portable Toilets | 90,000.00 | 0.00 |  | 0.00 | FA |
| 10 | 12 28-yard containers 25 mixed used 15's, 20's 30's & 40's containers | 122,000.00 | 0.00 |  | 0.00 | FA |
| 11 | 245 20 - 40 yard containers | 595,900.00 | 0.00 |  | 233,850.00 | FA |
| 12 | Funds paid to Accountant prepetition (u) | 0.00 | 10,000.00 |  | 5,455.00 | FA |
| 13 | Miscellaneous Refunds (u) | 0.00 | 39.50 |  | 39.50 | FA |
| 14 | Avoidance Claims and Other Causes of Action (u) | 0.00 | 250,000.00 |  | 7,500.00 | 242,500.00 |
| 15 | Lot 1, South Cherokee Industrial Drive Woodstock, Georgia | 0.00 | 55,000.00 |  | 0.00 | 50,000.00 |
| 15 | **Assets** Totals (Excluding unknown values) | **$2,477,823.87** | **$617,970.22** |  | **$555,675.22** | **$292,500.00** |

**Major Activities Affecting Case Closing:**

Resoluton of pending litigation regarding avoidance claims; sell real property transferred prepetition and returned to estate post petition.

Printed: 05/11/2020 10:03 AM    V.14.66

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 18-52501 PMB | Trustee: | (300006) Cathy L. Scarver, Trustee |
| --- | --- | --- | --- |
| Case Name: | WASTETECH, LLC, FKA NTC WASTE GROUP | Filed (f) or Converted (c): | 02/13/18 (f) |
|  |  | §341(a) Meeting Date: | 03/13/18 |
| Period Ending: | 03/31/20 | Claims Bar Date: | 06/21/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2020    **Current Projected Date Of Final Report (TFR):** December 31, 2021

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 18-52501 PMB
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Mechanics Bank
**Account:** ******6266 - Checking Account
**Blanket Bond:** $35,660,000.00 (per case limit)
**Separate Bond:** N/A

**Taxpayer ID #:** **-***7042
**Period Ending:** 03/31/20

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/18 | {6} | LGE Community Credit Union | Turnover of Monies in Bank Accounts per Trustee's demand. | 1129-000 | 133,205.72 | | 133,205.72 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 133,195.72 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.58 | 133,004.14 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.93 | 132,819.21 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.16 | 132,609.05 |
| 06/06/18 | {4} | First Fleet Truck Sales, Inx. | Payment of Purchase Price for 3 Trucks located in Lake Worth Florida #8423, 6597, 9699, per order entered 05/17/18, Doc. No. 58 and Notice filed 5/25/18, Doc. No. 63. | 1129-000 | 57,500.00 | | 190,109.05 |
| 06/08/18 | 101 | Trustee Insurance Agency | Pay Insurance Premium for Feb, March, April, May & June 2018 | 2420-000 | | 37,970.36 | 152,138.69 |
| 06/08/18 | 102 | Blacklight Strategic Partners, LLC | Payment of invoice dated 6/8/18 #WAST001 for gathering moving and inventory of books and records and other personal property, per order entered 6/4/18, Doc. No. 68. | 2990-000 | | 475.00 | 151,663.69 |
| 06/08/18 | 103 | Brookhaven Self Storage | Unit #N1036, June 2018, per order entered 6/4/18, Doc. No. 68. | 2420-000 | | 199.00 | 151,464.69 |
| 06/08/18 | 104 | Cathy L. Scarver, Trustee | Reimbursement for payment for Storage Unit, per order entered 6/4/18, Doc. No. 68. | 2200-000 | | 309.70 | 151,154.99 |
| 06/08/18 | 105 | Brookhaven Self Storage | Unit #N1036, July 2018 - June 2019, per order entered 6/4/18, Doc. No. 68. | 2420-000 | | 2,189.00 | 148,965.99 |
| 06/15/18 | 106 | Blacklight Strategic Partners, LLC | Payment of invoice dated 6/15/18 #WAST002 for gathering moving and inventory of books and records and other personal property, per | 2990-000 | | 525.00 | 148,440.99 |

**Subtotals :** $190,705.72   $42,264.73

{} Asset reference(s)

Printed: 05/11/2020 10:03 AM   V.14.66

Page: 2

## Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 18-52501 PMB | | Trustee: | Cathy L. Scarver, Trustee (300006) |
|---|---|---|---|---|
| Case Name: | WASTETECH, LLC, FKA NTC WASTE GROUP | | Bank Name: | Mechanics Bank |
| | | | Account: | ******6266 - Checking Account |
| Taxpayer ID #: | **-***7042 | | Blanket Bond: | $35,660,000.00 (per case limit) |
| Period Ending: | 03/31/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | order entered 6/4/18, Doc. No. 68. | | | | |
| 06/21/18 | 107 | Blacklight Strategic Partners, LLC | Payment of invoice dated 6/21/18 #WAST003 for gathering moving and inventory of books and records and other personal property, per order entered 6/4/18, Doc. No. 68. | 2990-000 | | 500.00 | 147,940.99 |
| 06/26/18 | | To Account #******6267 | Transfer A/R receipts to separate account pending resolution of lien litigation, per order entered 6/4/18, Doc. No. 68. | 9999-000 | | 133,205.72 | 14,735.27 |
| 06/29/18 | 108 | Blacklight Strategic Partners, LLC | Payment of invoice dated 6/28/18 #WAST004 for gathering moving and inventory of books and records and other personal property, per order entered 6/4/18, Doc. No. 68. | 2990-000 | | 275.00 | 14,460.27 |
| 07/16/18 | {12} | Avery M Warren or Samuel P Warren | Return for funds paid to accountant prepetition. | 1229-000 | 5,455.00 | | 19,915.27 |
| 07/17/18 | | From Account #******6267 | Transfer funds from sale of trucks less bank fees to non-escrow account. | 9999-000 | 72,057.53 | | 91,972.80 |
| 08/01/18 | 109 | Blacklight Strategic Partners, LLC | Payment of invoice dated 8/1/18 #WAST005 for inventory of books and records and other personal property, per order entered 6/4/18, Doc. No. 68. | 2990-000 | | 287.50 | 91,685.30 |
| 09/10/18 | {4} | Bullseye Auction & Appraisal LLC | Proceeds of Auction sale of Fort Myers Florida, 2007 Mack Granite Truck #4366, per order entered 5/17/18, Doc. No. 58. | 1129-000 | 42,500.00 | | 134,185.30 |
| 10/15/18 | 110 | Brown Consulting and Computers, LLC and Jeffery Brown | Computer forensics services, per order entered 6/4/18, Doc.No. 68. | 2990-000 | | 490.00 | 133,695.30 |
| 11/09/18 | 111 | Trustee Insurance Agency | Pay Insurance Premium for July & August | 2420-000 | | 5,289.24 | 128,406.06 |
| | | | **Subtotals :** | | **$120,012.53** | **$140,047.46** | |

{} Asset reference(s)                                                                                                    Printed: 05/11/2020 10:03 AM    V.14.66

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 18-52501 PMB  
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP  
**Taxpayer ID #:** **-***7042  
**Period Ending:** 03/31/20  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Mechanics Bank  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $35,660,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2018, per order entered 06/04/18, Doc. No. 68. | | | | |
| 01/10/19 | 112 | Brown Consulting and Computers, LLC and Jeffery Brown | Further computer forensics services and equipment expense, file copy and for creditor (fees $210.00, expenses $75.41), per order entered 6/4/18, Doc.No. 68. | 2990-000 | | 285.41 | 128,120.65 |
| 01/29/19 | 113 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #18-52501<br>Voided on 01/30/19 | 7100-000 | | 365.86 | 127,754.79 |
| 01/30/19 | 113 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #18-52501<br>Voided: check issued on 01/29/19 | 7100-000 | | -365.86 | 128,120.65 |
| 02/07/19 | 114 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #18-52501, Per UST Authorization | 2300-000 | | 192.31 | 127,928.34 |
| 02/26/19 | {13} | Suntrust Banks, Inc. | Refund due to billing error related to lockbox deposits. | 1290-000 | 39.50 | | 127,967.84 |
| 03/20/19 | 115 | Bullseye Auction & Appraisal Services | Auctioneer fees per order entered 2/26/19, Doc. No. 102. | 3610-000 | | 40,947.50 | 87,020.34 |
| 03/20/19 | 116 | Bullseye Auction & Appraisal Services | Auctioneer Expenses, per order entered 2/26/19, Doc. No. 102. | 3620-000 | | 14,262.13 | 72,758.21 |
| 07/03/19 | 117 | Brookhaven Self Storage | Unit #N1036, July 2019 - January 2020, per order entered 6/4/18, Doc. No. 68. | 2420-000 | | 1,393.00 | 71,365.21 |
| 01/16/20 | 118 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE | 2300-000 | | 149.66 | 71,215.55 |

**Subtotals :**  $39.50   $57,230.01

{} Asset reference(s)

Printed: 05/11/2020 10:03 AM   V.14.66

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 18-52501 PMB  
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP  
**Taxpayer ID #:** **-***7042  
**Period Ending:** 03/31/20  

**Trustee:** Cathy L. Scarver, Trustee (300006)  
**Bank Name:** Mechanics Bank  
**Account:** ******6266 - Checking Account  
**Blanket Bond:** $35,660,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/16/20 | 118 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #18-52501, 2020 Blanket Bond Premium Voided on 01/16/20 | 2300-000 | | -149.66 | 71,365.21 |
| 01/16/20 | 119 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE #18-52501, 2020 Blanket Bond Premium Voided: check issued on 01/16/20 | 2300-000 | | 205.58 | 71,159.63 |
| 02/05/20 | 120 | Brookhaven Self Storage | Unit #N1036, Feb 2020 - July 2020, per order entered 6/4/18, Doc. No. 68. | 2420-000 | | 1,284.00 | 69,875.63 |
| | | | **ACCOUNT TOTALS** | | 310,757.75 | 240,882.12 | **$69,875.63** |
| | | | Less: Bank Transfers | | 72,057.53 | 133,205.72 | |
| | | | **Subtotal** | | 238,700.22 | 107,676.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$238,700.22** | **$107,676.40** | |

{} Asset reference(s)                                                                                                 Printed: 05/11/2020 10:03 AM     V.14.66

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 18-52501 PMB
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Mechanics Bank
**Account:** ******6267 - Checking Account
**Blanket Bond:** $35,660,000.00  (per case limit)
**Separate Bond:** N/A

**Taxpayer ID #:** **-***7042
**Period Ending:** 03/31/20

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/13/18 | {11} | Bullseye Auction & Appraisal LLC | Proceeds of Auction of Woodstock Containers, per order entered 5/17/18, Doc. No. 58. | 1129-000 | 32,250.00 | | 32,250.00 |
| 06/26/18 | | To Account #******6266 | Transfer A/R receipts to separate account pending resolution of lien litigation, per order entered 6/4/18, Doc. No. 68. | 9999-000 | 133,205.72 | | 165,455.72 |
| 06/28/18 | {8} | Bullseye Auction & Appraisal LLC | Proceeds of Auction of Office Furniture in Woodstock offices, per order entered 5/17/18, Doc. No. 58. | 1129-000 | 2,575.00 | | 168,030.72 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.47 | 167,788.25 |
| 07/03/18 | {11} | Bullseye Auction & Appraisal LLC | Proceeds of Auction sale of containers in Fort Worth Texas, per order entered 5/17/18, Doc. No. 58. | 1129-000 | 23,000.00 | | 190,788.25 |
| 07/10/18 | | Bullseye Auction & Appraisal LLC | Proceeds of Auction sale of containers in Houston Texsas, per order entered 5/17/18, Doc. No. 58. | | 191,900.00 | | 382,688.25 |
| | {1} | | Proceeds of auction sale of 2009 Dodge Ram 3500Welding Truck #8591, per order entered 5/17/18, Doc. No. 58.    5,900.00 | 1129-000 | | | 382,688.25 |
| | {5} | | Proceeds of auction sale of 2001 Mack 600 CX600 #0254, per order entered 5/17/18, Doc. No. 58.    16,600.00 | 1129-000 | | | 382,688.25 |
| | {5} | | Proceeds of auction sale of 2003 Mack 700 CV700    20,600.00 | 1129-000 | | | 382,688.25 |

**Subtotals :**            **$382,930.72**       **$242.47**

{} Asset reference(s)

Printed: 05/11/2020 10:03 AM     V.14.66

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 18-52501 PMB | | Trustee: | Cathy L. Scarver, Trustee (300006) |
|---|---|---|---|---|
| Case Name: | WASTETECH, LLC, FKA NTC WASTE GROUP | | Bank Name: | Mechanics Bank |
| | | | Account: | ******6267 - Checking Account |
| Taxpayer ID #: | **-***7042 | | Blanket Bond: | $35,660,000.00  (per case limit) |
| Period Ending: | 03/31/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | #5175, per order entered 5/17/18, Doc. No. 58. | | | | | |
| | {4} | | Proceeds of auction sale of 2003 Mack Diesel #6281, per order entered 5/17/18, Doc. No. 58. | 19,100.00 | 1129-000 | | | 382,688.25 |
| | {4} | | Proceeds of auction sale of 2003 International 7000 7500 #7531, per order entered 5/17/18, Doc. No. 58. | 10,100.00 | 1129-000 | | | 382,688.25 |
| | {11} | | Proceeds of auction sale of containers in Houston Texas, per order entered 5/17/18, Doc. No. 58. | 119,600.00 | 1129-000 | | | 382,688.25 |
| 07/17/18 | | To Account #******6266 | Transfer funds from sale of trucks less bank fees to non-escrow account. | | 9999-000 | | 72,057.53 | 310,630.72 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 486.79 | 310,143.93 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 597.26 | 309,546.67 |
| 09/21/18 | {11} | Southwest Disposal & Clean-up, Inc. | Payment for purchase of 37 containers located in Ft Myers Florida, per order entered May 17, 2018 (Doc. No. 58) and Notice filed 8/13/18, Doc. No. 82. | | 1129-000 | 59,000.00 | | 368,546.67 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 334.05 | 368,212.62 |
| 10/16/18 | {8} | Bullseye Auction & Appraisal LLC | Proceeds of sale of computer and telephone equipment, per order entered 5/17/18, Doc. | | 1129-000 | 750.00 | | 368,962.62 |
| | | | **Subtotals :** | | | **$59,750.00** | **$73,475.63** | |

{} Asset reference(s)                                                                                              Printed: 05/11/2020 10:03 AM    V.14.66

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 18-52501 PMB
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP
**Taxpayer ID #:** **-***7042
**Period Ending:** 03/31/20

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Mechanics Bank
**Account:** ******6267 - Checking Account
**Blanket Bond:** $35,660,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | No. 58, and Notice filed 9/19/18, Doc. No. 86. | | | | |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 454.32 | 368,508.30 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 411.75 | 368,096.55 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 394.48 | 367,702.07 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 448.42 | 367,253.65 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 379.92 | 366,873.73 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 387.11 | 366,486.62 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 385.09 | 366,101.53 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 372.72 | 365,728.81 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 336.37 | 365,392.44 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 395.33 | 364,997.11 |
| 08/28/19 | 201 | Scroggins & Williamson, P.C., as counsel for MPM and Stilwel | Per settlement of adversary #18-5073, per order entered 8/13/19, Doc. No. 108. | 4210-000 | | 50,000.00 | 314,997.11 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 358.65 | 314,638.46 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.90 | 314,323.56 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 348.72 | 313,974.84 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 295.60 | 313,679.24 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 348.12 | 313,331.12 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 325.81 | 313,005.31 |
| 02/21/20 | {14} | Stillman Welch, LLC | Upadhyay Settlement per order entered 2/11/20, Doc. No. 131. | 1241-000 | 7,500.00 | | 320,505.31 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 294.18 | 320,211.13 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 311.74 | 319,899.39 |

**Subtotals :**   $7,500.00   $56,563.23

{} Asset reference(s)

Printed: 05/11/2020 10:03 AM   V.14.66

# Form 2
## Cash Receipts And Disbursements Record

Page: 8

| Case Number: | 18-52501 PMB | Trustee: | Cathy L. Scarver, Trustee (300006) |
|---|---|---|---|
| Case Name: | WASTETECH, LLC, FKA NTC WASTE GROUP | Bank Name: | Mechanics Bank |
| | | Account: | ******6267 - Checking Account |
| Taxpayer ID #: | **-***7042 | Blanket Bond: | $35,660,000.00   (per case limit) |
| Period Ending: | 03/31/20 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 450,180.72 | 130,281.33 | $319,899.39 |
| | | | Less: Bank Transfers | | 133,205.72 | 72,057.53 | |
| | | | **Subtotal** | | 316,975.00 | 58,223.80 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $316,975.00 | $58,223.80 | |

```
Net Receipts :         555,675.22
                       _____
Net Estate :          $555,675.22
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******6266** | 238,700.22 | 107,676.40 | 69,875.63 |
| **Checking # ******6267** | 316,975.00 | 58,223.80 | 319,899.39 |
| | $555,675.22 | $165,900.20 | $389,775.02 |

{} Asset reference(s)