# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: WASTETECH, LLC, FKA NTC WASTE GROUP | § | Case No. 18-52501-PMB |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Cathy L. Scarver, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $742,000.00
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $195,951.96

Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $477,223.26

3) Total gross receipts of $ 673,175.22 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $673,175.22 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,850,458.00 | $2,125,820.50 | $54,500.00 | $54,500.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 477,223.26 | 477,223.26 | 477,223.26 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,929.74 | 1,929.74 | 1,929.74 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 333,425.40 | 3,002,292.02 | 2,235,529.59 | 139,522.22 |
| **TOTAL DISBURSEMENTS** | $5,183,883.40 | $5,607,265.52 | $2,769,182.59 | $673,175.22 |

4) This case was originally filed under Chapter 7 on February 13, 2018. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __10/18/2021_____    By: _/s/Cathy L. Scarver, Trustee_____

Trustee, Bar No.: 628455

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Mack Truck JDH8422 VIN #0015 | 1129-000 | 5,900.00 |
| 2016 Ram 3500 VIN #5861 | 1129-000 | 129,200.00 |
| 2003 Mack CV700 VIN #5175 | 1129-000 | 37,200.00 |
| LGE Credit Union Checking Account No.0989 | 1129-000 | 133,205.72 |
| Misc. Office Furniture | 1129-000 | 3,325.00 |
| 245 20 - 40 yard containers | 1129-000 | 233,850.00 |
| Funds paid to Accountant prepetition | 1229-000 | 5,455.00 |
| Miscellaneous Refunds | 1290-000 | 39.50 |
| Avoidance Claims and Other Causes of Action | 1241-000 | 80,000.00 |
| Lot 1, South Cherokee Industrial Drive | 1210-000 | 45,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$673,175.22** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| M | MPM and Stillwell | 4210-000 | 350,000.00 | 50,000.00 | 50,000.00 | 50,000.00 |
| 17 | Complete Business Solutions Group | 4210-000 | 2,300,000.00 | 2,071,320.50 | 0.00 | 0.00 |
| 21 | Lanny Dunagan Welding Service Inc. | 4210-000 | N/A | 4,500.00 | 4,500.00 | 4,500.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Mack Financial | 4110-000 | 136,907.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Silver Line Services, Inc. | 4110-000 | 1,600,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mack Financial | 4110-000 | 137,440.00 | N/A | N/A | 0.00 |
| NOTFILED | Mack Financial | 4110-000 | 138,854.00 | N/A | N/A | 0.00 |
| NOTFILED | Advantage Funding | 4110-000 | 187,257.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $4,850,458.00 | $2,125,820.50 | $54,500.00 | $54,500.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Cathy L. Scarver, Trustee | 2100-000 | N/A | 36,908.76 | 36,908.76 | 36,908.76 |
| Trustee Expenses - Cathy L. Scarver, Trustee | 2200-000 | N/A | 481.65 | 481.65 | 481.65 |
| Other - Lamberth, Cifelli, Ellis & Nason, P. A. | 3210-000 | N/A | 277,500.50 | 277,500.50 | 277,500.50 |
| Other - Lamberth, Cifelli, Ellis & Nason, P. A. | 3220-000 | N/A | 1,678.07 | 1,678.07 | 1,678.07 |
| Other - Mark M Alavi & Company LLC | 3410-000 | N/A | 18,457.50 | 18,457.50 | 18,457.50 |
| Other - Mark M Alavi & Company LLC | 3420-000 | N/A | 43.60 | 43.60 | 43.60 |
| Auctioneer for Trustee Fees (including buyers premiums) - Bullseye Auction & | 3610-000 | N/A | 40,947.50 | 40,947.50 | 40,947.50 |
| Auctioneer for Trustee Expenses - Bullseye Auction & Appraisal Services | 3620-000 | N/A | 14,262.13 | 14,262.13 | 14,262.13 |
| Other - Trustee Insurance Agency | 2420-000 | N/A | 43,259.60 | 43,259.60 | 43,259.60 |
| Other - Blacklight Strategic Partners, LLC | 2990-000 | N/A | 2,062.50 | 2,062.50 | 2,062.50 |
| Other - Brookhaven Self Storage | 2420-000 | N/A | 5,707.00 | 5,707.00 | 5,707.00 |
| Other - Brown Consulting and Computers, LLC  and Jeffery Brown | 2990-000 | N/A | 775.41 | 775.41 | 775.41 |
| Other - HN Real Estate Group, LLC d/b/a Harry Norman Realtors | 3510-000 | N/A | 2,700.00 | 2,700.00 | 2,700.00 |
| Other - Cherokee County Tax Commissioner | 2820-000 | N/A | 3,256.85 | 3,256.85 | 3,256.85 |
| Other - Chase CPA, LLC | 3410-000 | N/A | 14,800.00 | 14,800.00 | 14,800.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk, | 2700-000 | N/A | 1,750.00 | 1,750.00 | 1,750.00 |
| Other - International Sureties, Ltd. | 2300-000 | N/A | 397.89 | 397.89 | 397.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 191.58 | 191.58 | 191.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 184.93 | 184.93 | 184.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 210.16 | 210.16 | 210.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 242.47 | 242.47 | 242.47 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 486.79 | 486.79 | 486.79 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 597.26 | 597.26 | 597.26 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 334.05 | 334.05 | 334.05 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 454.32 | 454.32 | 454.32 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 411.75 | 411.75 | 411.75 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 394.48 | 394.48 | 394.48 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 448.42 | 448.42 | 448.42 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 379.92 | 379.92 | 379.92 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 387.11 | 387.11 | 387.11 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 385.09 | 385.09 | 385.09 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 372.72 | 372.72 | 372.72 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 336.37 | 336.37 | 336.37 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 395.33 | 395.33 | 395.33 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 358.65 | 358.65 | 358.65 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 314.90 | 314.90 | 314.90 |
| Other – Mechanics Bank | 2600-000 | N/A | 348.72 | 348.72 | 348.72 |
| Other – Mechanics Bank | 2600-000 | N/A | 295.60 | 295.60 | 295.60 |
| Other – Mechanics Bank | 2600-000 | N/A | 348.12 | 348.12 | 348.12 |
| Other – Mechanics Bank | 2600-000 | N/A | 325.81 | 325.81 | 325.81 |
| Other – Mechanics Bank | 2600-000 | N/A | 294.18 | 294.18 | 294.18 |
| Other – Mechanics Bank | 2600-000 | N/A | 311.74 | 311.74 | 311.74 |
| Other – Mechanics Bank | 2600-000 | N/A | 623.00 | 623.00 | 623.00 |
| Other – Mechanics Bank | 2600-000 | N/A | 601.27 | 601.27 | 601.27 |
| Other – Mechanics Bank | 2600-000 | N/A | 716.52 | 716.52 | 716.52 |
| Other – Mechanics Bank | 2600-000 | N/A | 760.30 | 760.30 | 760.30 |
| Other – Mechanics Bank | 2600-000 | N/A | 712.74 | 712.74 | 712.74 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $477,223.26 | $477,223.26 | $477,223.26 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 19 | Southwest Disposal and Clean UP Inc. | 5200-000 | N/A | N/A | 0.00 | 0.00 |
| 22P | Georgia Department of Revenue | 5800-000 | N/A | 1,929.74 | 1,929.74 | 1,929.74 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,929.74 | $1,929.74 | $1,929.74 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Volume Logistics LLC | 7100-000 | 6,600.00 | 7,194.00 | 7,194.00 | 449.07 |
| 2 | Advantage Funding Commercial Capital Corp. | 7100-000 | N/A | 84,045.15 | 84,045.15 | 5,246.20 |
| 3 | Rodney Lanxton | 7100-000 | N/A | 165,151.47 | 0.00 | 0.00 |
| 4 | Cherokee Reporgraphics Inc | 7100-000 | 459.00 | 191.22 | 191.22 | 11.94 |
| 5 | Sunstate Equipment Co., LLC | 7100-000 | 21,732.00 | 21,732.60 | 21,732.60 | 1,356.58 |
| 6 | Ferrara Automotive Service | 7100-000 | 12,900.00 | 3,447.12 | 3,447.12 | 215.17 |
| 7 | MPM Properties, LLC | 7100-000 | N/A | 370,137.10 | 358,000.00 | 22,346.79 |
| 8 | American Express National Bank | 7100-000 | 12,000.00 | 14,884.71 | 14,884.71 | 929.12 |
| 9 | Landstar Transportation Logistics Inc. | 7100-000 | 2,400.00 | 2,400.00 | 2,400.00 | 149.81 |
| 10 | AMCS Group Inc. | 7100-000 | N/A | 28,178.07 | 28,178.07 | 1,758.91 |
| 11 | Stillwell Capital Partners, LLC | 7100-000 | N/A | 1,714,747.86 | 1,670,000.00 | 104,243.43 |
| 12 | Superior Leasing LLC | 7100-000 | N/A | 12,000.00 | 12,000.00 | 749.05 |
| 13 | Silverline Services Inc. | 7100-000 | N/A | 323,726.00 | 0.00 | 0.00 |
| 14 | Mack Financial Services | 7100-000 | N/A | 5,090.49 | 5,090.49 | 317.75 |
| 15 | WiarCom Inc. | 7100-000 | 9,570.00 | 230,570.00 | 9,570.00 | 597.37 |
| 16 | PCM, Inc. | 7100-000 | N/A | 1,637.00 | 1,637.00 | 102.18 |
| 18 | Waste Management of South Carolina, Inc. | 7100-000 | 12,990.00 | 16,802.74 | 16,802.74 | 1,048.85 |
| 20 | Mack Financial Services, Attn: Bankruptcy Group | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 22U | Georgia Department of Revenue | 7300-000 | N/A | 356.49 | 356.49 | |
| NOTFILED | Kopier Net | 7100-000 | 29.00 | N/A | N/A | 0.00 |
| NOTFILED | FDOT - FL Toll Fees | 7100-000 | 28.00 | N/A | N/A | 0.00 |

| NOTFILED | FedEX | 7100-000 | 76.00 | N/A | N/A | 0.00 |
|----------|-------|----------|-------|-----|-----|------|
| NOTFILED | Crystal Springs | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | dun & bradstreet | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ASAP Checks | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| NOTFILED | Click2Mail | 7100-000 | 273.00 | N/A | N/A | 0.00 |
| NOTFILED | Bennett Thrasher LLP | 7100-000 | 8,700.00 | N/A | N/A | 0.00 |
| NOTFILED | LabCorp | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacol Assurance | 7100-000 | 8,629.00 | N/A | N/A | 0.00 |
| NOTFILED | Mandelbaum, Fitzsimmons, Hewit | 7100-000 | 23,774.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management of Atlanta Ha | 7100-000 | 470.00 | N/A | N/A | 0.00 |
| NOTFILED | Yancey Car Rental | 7100-000 | 34,231.40 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management South Metro T | 7100-000 | 51,414.00 | N/A | N/A | 0.00 |
| NOTFILED | Service Uniform Rental | 7100-000 | 737.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Enterprises | 7100-000 | 3,264.00 | N/A | N/A | 0.00 |
| NOTFILED | Republic Services | 7100-000 | 24,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Insurance | 7100-000 | 53,302.00 | N/A | N/A | 0.00 |
| NOTFILED | Quandary Consulting Group | 7100-000 | 1,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Andy Anderson Trucking | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Marietta Wrecker | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Abu Zaid Petroleum, inc. | 7100-000 | 1,606.00 | N/A | N/A | 0.00 |
| NOTFILED | AMEX | 7100-000 | 27,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ace Ecology Inc. Storage | 7100-000 | 4,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Ackerman Security Systems | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $333,425.40 | $3,002,292.02 | $2,235,529.59 | $139,522.22 |

Exhibit 8

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 18-52501-PMB
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP

**Trustee:** (300006)  Cathy L. Scarver, Trustee
**Filed (f) or Converted (c):** 02/13/18 (f)
**§341(a) Meeting Date:** 03/13/18
**Claims Bar Date:** 06/21/18

**Period Ending:** 10/18/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2002 Mack Truck JDH8422 VIN #0015<br>  1999 Mack Truck CHR0632, VIN #4775, 2016 Big Tex Trailer, VIN #2097, 2008 MACK GU800 VIN #1675<br>2007 MACK CV713 VIN #1429, 2005 Peterbilt VIN #6273, 2006 MACK CT713 VIN #2178, 2015 BIG TEX UTILITY TRAILER VIN #5133, 2016 DODGE 3500 Dually VIN #5862, 2009 Dodge Welding Truck PK VIN #8591,<br>2013 CAT 2EP600 Forklift  VIN #4946 | 479,000.00 | 0.00 | | 5,900.00 | FA |
| 2 | 2016 MACK GU813 VIN #4044<br>  2017 MACK GU813 VIN #8127 & 2018 MACK GU713 VIN #7217<br>Repossessed pre-petition and sold with no surplus funds. | 400,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2018 MACK GU813 VIN #9737 | 130,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2016 Ram 3500 VIN #5861<br>  2011 Peterbilt with mounted 50yd 388 VIN #5289, 2007 MACK granite VIN #4366, 2003 MACK VIN #6281,<br>2004 Kenworth with mounted 50yd T-800 VIN #8423, 2004 Western Star with mounted 50yd 4200 Tri Axel VIN<br>#6597, 2003 INTERNATIONAL 7000 VIN #7531, 2008 GMC with mounted 50yd C7500 TOPKICK VIN #9699<br>2015 BIG TEX UTIL TRL VIN #4949 | 510,000.00 | 129,200.00 | | 129,200.00 | FA |
| 5 | 2003 Mack CV700 VIN #5175<br>  2001 Mack CX600 VIN #0254 & 2013 GMC 1500 Sierra VIN #5821 | 0.00 | 37,200.00 | | 37,200.00 | FA |
| 6 | LGE Credit Union Checking Account No.0989 | 145,923.87 | 133,205.72 | | 133,205.72 | FA |
| 7 | Claim against Rodney Lanxton for taking a section of the business | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Misc. Office Furniture | 5,000.00 | 3,325.00 | | 3,325.00 | FA |
| 9 | 240 Portable Toilets | 90,000.00 | 0.00 | | 0.00 | FA |
| 10 | 12 28-yard containers 25 mixed used 15's, 20's | 122,000.00 | 0.00 | | | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 18-52501-PMB | **Trustee:** (300006) Cathy L. Scarver, Trustee |
| **Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP | **Filed (f) or Converted (c):** 02/13/18 (f) |
| | **§341(a) Meeting Date:** 03/13/18 |
| **Period Ending:** 10/18/21 | **Claims Bar Date:** 06/21/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 30's & 40's containers | | | | | |
| 11 | 245 20 - 40 yard containers | 595,900.00 | 0.00 | | 233,850.00 | FA |
| 12 | Funds paid to Accountant prepetition  (u) | 0.00 | 10,000.00 | | 5,455.00 | FA |
| 13 | Miscellaneous Refunds  (u) | 0.00 | 39.50 | | 39.50 | FA |
| 14 | Avoidance Claims and Other Causes of Action  (u) | 0.00 | 250,000.00 | | 80,000.00 | FA |
| 15 | Lot 1, South Cherokee Industrial Drive  (u) Woodstock, Georgia | 0.00 | 55,000.00 | | 45,000.00 | FA |
| **15** | **Assets**    **Totals** (Excluding unknown values) | **$2,477,823.87** | **$617,970.22** | | **$673,175.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2020         **Current Projected Date Of Final Report (TFR):**    October 16, 2020  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 18-52501-PMB
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP

**Taxpayer ID #:** **-***7042
**Period Ending:** 10/18/21

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Mechanics Bank
**Account:** ******6266 - Checking Account
**Blanket Bond:** $31,525,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/18 | {6} | LGE Community Credit Union | Turnover of Monies in Bank Accounts per Trustee's demand. | 1129-000 | 133,205.72 | | 133,205.72 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 133,195.72 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 191.58 | 133,004.14 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 184.93 | 132,819.21 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.16 | 132,609.05 |
| 06/06/18 | {4} | First Fleet Truck Sales, Inx. | Payment of Purchase Price for 3 Trucks located in Lake Worth Florida #8423, 6597, 9699, per order entered 05/17/18, Doc. No. 58 and Notice filed 5/25/18, Doc. No. 63. | 1129-000 | 57,500.00 | | 190,109.05 |
| 06/08/18 | 101 | Trustee Insurance Agency | Pay Insurance Premium for Feb, March, April, May & June 2018, per order entered 6/4/18, Doc. No. 68. | 2420-000 | | 37,970.36 | 152,138.69 |
| 06/08/18 | 102 | Blacklight Strategic Partners, LLC | Payment of invoice dated 6/8/18 #WAST001 for gathering moving and inventory of books and records and other personal property, per order entered 6/4/18, Doc. No. 68. | 2990-000 | | 475.00 | 151,663.69 |
| 06/08/18 | 103 | Brookhaven Self Storage | Unit #N1036, June 2018, per order entered 6/4/18, Doc. No. 68. | 2420-000 | | 199.00 | 151,464.69 |
| 06/08/18 | 104 | Cathy L. Scarver, Trustee | Reimbursement for payment for Storage Unit, per order entered 6/4/18, Doc. No. 68. | 2200-000 | | 309.70 | 151,154.99 |
| 06/08/18 | 105 | Brookhaven Self Storage | Unit #N1036, July 2018 - June 2019, per order entered 6/4/18, Doc. No. 68. | 2420-000 | | 2,189.00 | 148,965.99 |
| 06/15/18 | 106 | Blacklight Strategic Partners, LLC | Payment of invoice dated 6/15/18 #WAST002 for gathering moving and inventory of books and records and other personal property, per order entered 6/4/18, Doc. No. 68. | 2990-000 | | 525.00 | 148,440.99 |
| 06/21/18 | 107 | Blacklight Strategic Partners, LLC | Payment of invoice dated 6/21/18 #WAST003 for gathering moving and inventory of books and records and other personal property, per order entered 6/4/18, Doc. No. 68. | 2990-000 | | 500.00 | 147,940.99 |
| 06/26/18 | | To Account #******6267 | Transfer A/R receipts to separate account pending resolution of lien litigation, per order entered 6/4/18, Doc. No. 68. | 9999-000 | | 133,205.72 | 14,735.27 |
| 06/29/18 | 108 | Blacklight Strategic Partners, LLC | Payment of invoice dated 6/28/18 #WAST004 for gathering moving and inventory of books and records and other personal property, per order entered 6/4/18, Doc. No. 68. | 2990-000 | | 275.00 | 14,460.27 |
| 07/16/18 | {12} | Avery M Warren or Samuel P | Return for funds paid to accountant prepetition. | 1229-000 | 5,455.00 | | 19,915.27 |

|  | Subtotals : | $196,160.72 | $176,245.45 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 18-52501-PMB
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Mechanics Bank
**Account:** ******6266 - Checking Account

**Taxpayer ID #:** **-***7042
**Period Ending:** 10/18/21

**Blanket Bond:** $31,525,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Warren | | | | | |
| 07/17/18 | | From Account #******6267 | Transfer funds from sale of trucks less bank fees to non-escrow account. | 9999-000 | 72,057.53 | | 91,972.80 |
| 08/01/18 | 109 | Blacklight Strategic Partners, LLC | Payment of invoice dated 8/1/18 #WAST005 for inventory of books and records and other personal property, per order entered 6/4/18, Doc. No. 68. | 2990-000 | | 287.50 | 91,685.30 |
| 09/10/18 | {4} | Bullseye Auction & Appraisal LLC | Proceeds of Auction sale of Fort Myers Florida, 2007 Mack Granite Truck #4366, per order entered 5/17/18, Doc. No. 58. | 1129-000 | 42,500.00 | | 134,185.30 |
| 10/15/18 | 110 | Brown Consulting and Computers, LLC and Jeffery Brown | Computer forensics services, per order entered 6/4/18, Doc.No. 68. | 2990-000 | | 490.00 | 133,695.30 |
| 11/09/18 | 111 | Trustee Insurance Agency | Pay Insurance Premium for July & August 2018, per order entered 06/04/18, Doc. No. 68. | 2420-000 | | 5,289.24 | 128,406.06 |
| 01/10/19 | 112 | Brown Consulting and Computers, LLC and Jeffery Brown | Further computer forensics services and equipment expense, file copy and for creditor (fees $210.00, expenses $75.41), per order entered 6/4/18, Doc.No. 68. | 2990-000 | | 285.41 | 128,120.65 |
| 01/29/19 | 113 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #18-52501<br>Voided on 01/30/19 | 7100-000 | | 365.86 | 127,754.79 |
| 01/30/19 | 113 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #18-52501<br>Voided: check issued on 01/29/19 | 7100-000 | | -365.86 | 128,120.65 |
| 02/07/19 | 114 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2018 FOR CASE #18-52501, Per UST Authorization | 2300-000 | | 192.31 | 127,928.34 |
| 02/26/19 | {13} | Suntrust Banks, Inc. | Refund due to billing error related to lockbox deposits. | 1290-000 | 39.50 | | 127,967.84 |
| 03/20/19 | 115 | Bullseye Auction & Appraisal Services | Auctioneer fees per order entered 2/26/19, Doc. No. 102. | 3610-000 | | 40,947.50 | 87,020.34 |
| 03/20/19 | 116 | Bullseye Auction & Appraisal Services | Auctioneer Expenses, per order entered 2/26/19, Doc. No. 102. | 3620-000 | | 14,262.13 | 72,758.21 |
| 07/03/19 | 117 | Brookhaven Self Storage | Unit #N1036, July 2019 - January 2020, per order entered 6/4/18, Doc. No. 68. | 2420-000 | | 1,393.00 | 71,365.21 |
| 01/16/20 | 118 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2019 FOR CASE | 2300-000 | | 149.66 | 71,215.55 |

Subtotals :    $114,597.03    $63,296.75

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 18-52501-PMB |
| **Case Name:** | WASTETECH, LLC, FKA NTC WASTE GROUP |
| **Taxpayer ID #:** | **-***7042 |
| **Period Ending:** | 10/18/21 |

| | |
|---|---|
| **Trustee:** | Cathy L. Scarver, Trustee (300006) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******6266 - Checking Account |
| **Blanket Bond:** | $31,525,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | #18-52501, 2020 Blanket Bond Premium<br>Voided on 01/16/20 | | | | |
| 01/16/20 | 118 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/31/2019 FOR CASE<br>#18-52501, 2020 Blanket Bond Premium<br>Voided: check issued on 01/16/20 | 2300-000 | | -149.66 | 71,365.21 |
| 01/16/20 | 119 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 12/31/2019 FOR CASE<br>#18-52501, 2020 Blanket Bond Premium<br>Payment | 2300-000 | | 205.58 | 71,159.63 |
| 02/05/20 | 120 | Brookhaven Self Storage | Unit #N1036, Feb 2020 - July 2020, per order<br>entered 6/4/18, Doc. No. 68. | 2420-000 | | 1,284.00 | 69,875.63 |
| 07/27/20 | 121 | Brookhaven Self Storage | Unit #N1036, Aug 2020 - Sept 2020, per order<br>entered 6/4/18, Doc. No. 68. | 2420-000 | | 428.00 | 69,447.63 |
| 09/16/20 | | To Account #******6267 | Transfer funds to single account in preparation<br>for closing case. | 9999-000 | | 69,447.63 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 310,757.75 | 310,757.75 | $0.00 |
| Less: Bank Transfers | 72,057.53 | 202,653.35 | |
| **Subtotal** | **238,700.22** | **108,104.40** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$238,700.22** | **$108,104.40** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 18-52501-PMB
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Mechanics Bank
**Account:** ******6267 - Checking Account
**Blanket Bond:** $31,525,000.00  (per case limit)
**Separate Bond:** N/A

**Taxpayer ID #:** **-***7042
**Period Ending:** 10/18/21

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/18 | {11} | Bullseye Auction & Appraisal LLC | Proceeds of Auction of Woodstock Containers, per order entered 5/17/18, Doc. No. 58. | 1129-000 | 32,250.00 | | 32,250.00 |
| 06/26/18 | | To Account #******6266 | Transfer A/R receipts to separate account pending resolution of lien litigation, per order entered 6/4/18, Doc. No. 68. | 9999-000 | 133,205.72 | | 165,455.72 |
| 06/28/18 | {8} | Bullseye Auction & Appraisal LLC | Proceeds of Auction of Office Furniture in Woodstock offices, per order entered 5/17/18, Doc. No. 58. | 1129-000 | 2,575.00 | | 168,030.72 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.47 | 167,788.25 |
| 07/03/18 | {11} | Bullseye Auction & Appraisal LLC | Proceeds of Auction sale of containers in Fort Worth Texas, per order entered 5/17/18, Doc. No. 58. | 1129-000 | 23,000.00 | | 190,788.25 |
| 07/10/18 | | Bullseye Auction & Appraisal LLC | Proceeds of Auction sale of containers in Houston Texsas, per order entered 5/17/18, Doc. No. 58. | | | 191,900.00 | 382,688.25 |
| | {1} | | Proceeds of auction sale        5,900.00<br>of 2009 Dodge Ram 3500Welding Truck #8591, per order entered 5/17/18, Doc. No. 58. | 1129-000 | | | 382,688.25 |
| | {5} | | Proceeds of auction sale       16,600.00<br>of 2001 Mack 600 CX600 #0254, per order entered 5/17/18, Doc. No. 58. | 1129-000 | | | 382,688.25 |
| | {5} | | Proceeds of auction sale       20,600.00<br>of 2003 Mack 700 CV700 #5175, per order entered 5/17/18, Doc. No. 58. | 1129-000 | | | 382,688.25 |
| | {4} | | Proceeds of auction sale       19,100.00<br>of 2003 Mack Diesel #6281, per order entered 5/17/18, Doc. No. 58. | 1129-000 | | | 382,688.25 |
| | {4} | | Proceeds of auction sale       10,100.00<br>of 2003 International 7000 7500 #7531, per order entered 5/17/18, Doc. No. 58. | 1129-000 | | | 382,688.25 |
| | {11} | | Proceeds of auction sale      119,600.00 | 1129-000 | | | 382,688.25 |

Subtotals :   $382,930.72   $242.47

{} Asset reference(s)

Printed: 10/18/2021 01:29 PM   V.20.36

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 18-52501-PMB
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP

**Taxpayer ID #:** **-***7042
**Period Ending:** 10/18/21

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Mechanics Bank
**Account:** *****6267 - Checking Account
**Blanket Bond:** $31,525,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | of containers in Houston<br>Texas, per order entered<br>5/17/18, Doc. No. 58. | | | | |
| 07/17/18 | | To Account #*****6266 | Transfer funds from sale of trucks less bank fees to non-escrow account. | 9999-000 | | 72,057.53 | 310,630.72 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 486.79 | 310,143.93 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 597.26 | 309,546.67 |
| 09/21/18 | {11} | Southwest Disposal & Clean-up, Inc. | Payment for purchase of 37 containers located in Ft Myers Florida, per order entered May 17, 2018 (Doc. No. 58) and Notice filed 8/13/18, Doc. No. 82. | 1129-000 | 59,000.00 | | 368,546.67 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 334.05 | 368,212.62 |
| 10/16/18 | {8} | Bullseye Auction & Appraisal LLC | Proceeds of sale of computer and telephone equipment, per order entered 5/17/18, Doc. No. 58, and Notice filed 9/19/18, Doc. No. 86. | 1129-000 | 750.00 | | 368,962.62 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 454.32 | 368,508.30 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 411.75 | 368,096.55 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 394.48 | 367,702.07 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 448.42 | 367,253.65 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 379.92 | 366,873.73 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 387.11 | 366,486.62 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 385.09 | 366,101.53 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 372.72 | 365,728.81 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 336.37 | 365,392.44 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 395.33 | 364,997.11 |
| 08/28/19 | 201 | Scroggins & Williamson, P.C., as counsel for MPM and Stilwel | Per settlement of adversary #18-5073, per order entered 8/13/19, Doc. No. 108. | 4210-000 | | 50,000.00 | 314,997.11 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 358.65 | 314,638.46 |
| 09/30/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 314.90 | 314,323.56 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 348.72 | 313,974.84 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 295.60 | 313,679.24 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 348.12 | 313,331.12 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 325.81 | 313,005.31 |
| 02/21/20 | {14} | Stillman Welch, LLC | Upadhyay Settlement per order entered 2/11/20, Doc. No. 131. | 1241-000 | 7,500.00 | | 320,505.31 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 294.18 | 320,211.13 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 311.74 | 319,899.39 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 623.00 | 319,276.39 |

Subtotals :  $67,250.00  $130,661.86

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 18-52501-PMB | **Trustee:** Cathy L. Scarver, Trustee (300006) |
| **Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP | **Bank Name:** Mechanics Bank |
| | **Account:** ******6267 - Checking Account |
| **Taxpayer ID #:** **-***7042 | **Blanket Bond:** $31,525,000.00  (per case limit) |
| **Period Ending:** 10/18/21 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 601.27 | 318,675.12 |
| 06/16/20 | {14} | Fundry LLC, formerly known as Yellowstone | Payment regarding Settlement of avoidance claims asseted in adversary proceeding #19-05341; approved by order entered 7/15/20, Doc. No. 141. | 1241-000 | 72,500.00 | | 391,175.12 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 716.52 | 390,458.60 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 760.30 | 389,698.30 |
| 08/04/20 | {15} | REO Enterprises, LLC | Remaining earnest money deposit for purchase of Cherokee County GA Lot; approved by order entered 8/26/20, Doc. no. 148. | 1210-000 | 500.00 | | 390,198.30 |
| 08/04/20 | {15} | REO Enterprises, LLC | Partial Earnest money deposit for purchase of Cherokee County GA Lot; approved by order entered 8/26/20, Doc. no. 148. | 1210-000 | 2,000.00 | | 392,198.30 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 712.74 | 391,485.56 |
| 09/01/20 | | Ohlson & Medlock, LLC | Net Sales proceeds from sale of Cherokee County Lot, per order entered 06/26/20, Doc. No. 148. | | 36,543.15 | | 428,028.71 |
| | {15} | | Remaining proceeds          42,500.00 from sale of Cherokee County Lot, per order entered 08/26/20, Doc. No. 148. | 1210-000 | | | 428,028.71 |
| | | Cherokee County Tax Commissioner | pro rated 2020 ad          -381.97 valerom property taxes. | 2820-000 | | | 428,028.71 |
| | | HN Real Estate Group, LLC d/b/a Harry Norman Realtors | Real Estate Commission     -2,700.00 @ 6%, per order entered 8/26/20, Doc. no. 148. | 3510-000 | | | 428,028.71 |
| | | Cherokee County Tax Commissioner | ad valorem property         -2,874.88 taxes for prior years. | 2820-000 | | | 428,028.71 |
| 09/16/20 | | From Account #*****6266 | Transfer funds to single account in preparation for closing case. | 9999-000 | 69,447.63 | | 497,476.34 |
| 10/08/20 | 202 | Brookhaven Self Storage | Unit #N1036, October 2020, per order entered 6/4/18, Doc. No. 68. | 2420-000 | | 214.00 | 497,262.34 |
| 12/03/20 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 497,262.34 | 0.00 |

Subtotals :          $180,990.78     $500,267.17

{} Asset reference(s)                                                                 Printed: 10/18/2021 01:29 PM    V.20.36

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 18-52501-PMB |
| Case Name: | WASTETECH, LLC, FKA NTC WASTE GROUP |
| | |
| Taxpayer ID #: | **-***7042 |
| Period Ending: | 10/18/21 |

| | |
|---|---|
| Trustee: | Cathy L. Scarver, Trustee (300006) |
| Bank Name: | Mechanics Bank |
| Account: | ******6267 - Checking Account |
| Blanket Bond: | $31,525,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 631,171.50 | 631,171.50 | $0.00 |
| | | | Less: Bank Transfers | | 202,653.35 | 569,319.87 | |
| | | | **Subtotal** | | **428,518.15** | **61,851.63** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$428,518.15** | **$61,851.63** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 18-52501-PMB | **Trustee:** Cathy L. Scarver, Trustee (300006) |
| **Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******1425 - Checking Account |
| **Taxpayer ID #:** **-***7042 | **Blanket Bond:** $31,525,000.00  (per case limit) |
| **Period Ending:** 10/18/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/20 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 497,262.34 | | 497,262.34 |
| 12/16/20 | 10203 | Lanny Dunagan Welding Service Inc. | Dividend paid 100.00% on $4,500.00; Claim# 21; Filed: $4,500.00; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 4210-000 | | 4,500.00 | 492,762.34 |
| 12/16/20 | 10204 | Cathy L. Scarver | Dividend paid 100.00% on $36,908.76, Trustee Compensation; Per order entered 12/16/20, Doc. No. 165. | 2100-000 | | 36,908.76 | 455,853.58 |
| 12/16/20 | 10205 | Cathy L. Scarver | Dividend paid 100.00% on $481.65, Trustee Expenses; Per order entered 12/16/20, Doc. No. 165. | 2200-000 | | 171.95 | 455,681.63 |
| 12/16/20 | 10206 | Lamberth, Cifelli, Ellis & Nason, P. A. | Dividend paid 100.00% on $277,500.50, Attorney for Trustee Fees (Other Firm); Per order entered 12/16/20, Doc. No. 165. | 3210-000 | | 277,500.50 | 178,181.13 |
| 12/16/20 | 10207 | Lamberth, Cifelli, Ellis & Nason, P. A. | Dividend paid 100.00% on $1,678.07, Attorney for Trustee Expenses (Other Firm);  Per order entered 12/16/20, Doc. No. 165. | 3220-000 | | 1,678.07 | 176,503.06 |
| 12/16/20 | 10208 | Mark M Alavi & Company LLC | Dividend paid 100.00% on $18,457.50, Accountant for Trustee Fees (Other Firm); Per order entered 12/16/20, Doc. No. 165. | 3410-000 | | 18,457.50 | 158,045.56 |
| 12/16/20 | 10209 | Mark M Alavi & Company LLC | Dividend paid 100.00% on $43.60, Accountant for Trustee Expenses (Other Firm); Per order entered 12/16/20, Doc. No. 165. | 3420-000 | | 43.60 | 158,001.96 |
| 12/16/20 | 10210 | Chase CPA, LLC | Dividend paid 100.00% on $14,800.00, Accountant for Trustee Fees (Other Firm);  Per order entered 12/16/20, Doc. No. 165. | 3410-000 | | 14,800.00 | 143,201.96 |
| 12/16/20 | 10211 | Clerk, United States Bankruptcy Court | Dividend paid 100.00% on $1,750.00, Clerk of the Court Costs (includes adversary and other filing fees);  Per order entered 10/13/20, Doc. No. 161. | 2700-000 | | 1,750.00 | 141,451.96 |
| 12/16/20 | 10212 | Georgia Department of Revenue | Dividend paid 100.00% on $1,929.74; Claim# 22P; Filed: $1,929.74; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 5800-000 | | 1,929.74 | 139,522.22 |
| 12/16/20 | 10213 | Volume Logistics LLC | Dividend paid  6.24% on $7,194.00; Claim# 1; Filed: $7,194.00; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 449.07 | 139,073.15 |
| 12/16/20 | 10214 | Advantage Funding Commercial | Dividend paid  6.24% on $84,045.15; Claim# | 7100-000 | | 5,246.20 | 133,826.95 |

| | Subtotals : | $497,262.34 | $363,435.39 |
|---|---|---|---|

{} Asset reference(s)

Printed: 10/18/2021 01:29 PM    V.20.36

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 18-52501-PMB
**Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP

**Taxpayer ID #:** **-***7042
**Period Ending:** 10/18/21

**Trustee:** Cathy L. Scarver, Trustee (300006)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******1425 - Checking Account
**Blanket Bond:** $31,525,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Capital Corp. | 2; Filed: $84,045.15; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | | | | |
| 12/16/20 | 10215 | Cherokee Reporgraphics Inc | Dividend paid   6.24% on $191.22; Claim# 4; Filed: $191.22; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 11.94 | 133,815.01 |
| 12/16/20 | 10216 | Sunstate Equipment Co., LLC | Dividend paid   6.24% on $21,732.60; Claim# 5; Filed: $21,732.60; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 1,356.58 | 132,458.43 |
| 12/16/20 | 10217 | Ferrara Automotive Service | Dividend paid   6.24% on $3,447.12; Claim# 6; Filed: $3,447.12; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 215.17 | 132,243.26 |
| 12/16/20 | 10218 | MPM Properties, LLC | Dividend paid   6.24% on $358,000.00; Claim# 7; Filed: $370,137.10; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 22,346.79 | 109,896.47 |
| 12/16/20 | 10219 | American Express National Bank | Dividend paid   6.24% on $14,884.71; Claim# 8; Filed: $14,884.71; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 929.12 | 108,967.35 |
| 12/16/20 | 10220 | Landstar Transportation Logistics Inc. | Dividend paid   6.24% on $2,400.00; Claim# 9; Filed: $2,400.00; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 149.81 | 108,817.54 |
| 12/16/20 | 10221 | AMCS Group Inc. | Dividend paid   6.24% on $28,178.07; Claim# 10; Filed: $28,178.07; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 1,758.91 | 107,058.63 |
| 12/16/20 | 10222 | Stillwell Capital Partners, LLC | Dividend paid   6.24% on $1,670,000.00; Claim# 11; Filed: $1,714,747.86; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 104,243.43 | 2,815.20 |
| 12/16/20 | 10223 | Superior Leasing LLC | Dividend paid   6.24% on $12,000.00; Claim# 12; Filed: $12,000.00; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 749.05 | 2,066.15 |
| 12/16/20 | 10224 | Mack Financial Services | Dividend paid   6.24% on $5,090.49; Claim# | 7100-000 | | 317.75 | 1,748.40 |
| | | | Subtotals : | | $0.00 | $132,078.55 | |

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 18-52501-PMB | **Trustee:** Cathy L. Scarver, Trustee (300006) |
| **Case Name:** WASTETECH, LLC, FKA NTC WASTE GROUP | **Bank Name:** Metropolitan Commercial Bank |
| | **Account:** ******1425 - Checking Account |
| **Taxpayer ID #:** **-***7042 | **Blanket Bond:** $31,525,000.00  (per case limit) |
| **Period Ending:** 10/18/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 14; Filed: $5,090.49; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | | | | |
| 12/16/20 | 10225 | WiarCom Inc. | Dividend paid   6.24% on $9,570.00; Claim# 15; Filed: $230,570.00; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 597.37 | 1,151.03 |
| 12/16/20 | 10226 | PCM, Inc. | Dividend paid   6.24% on $1,637.00; Claim# 16; Filed: $1,637.00; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163.<br>Stopped on 06/15/21 | 7100-000 | | 102.18 | 1,048.85 |
| 12/16/20 | 10227 | Waste Management of South Carolina, Inc. | Dividend paid   6.24% on $16,802.74; Claim# 18; Filed: $16,802.74; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163.<br>Stopped on 03/04/21 | 7100-000 | | 1,048.85 | 0.00 |
| 03/04/21 | 10227 | Waste Management of South Carolina, Inc. | Dividend paid   6.24% on $16,802.74; Claim# 18; Filed: $16,802.74; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163.<br>Stopped: check issued on 12/16/20 | 7100-000 | | -1,048.85 | 1,048.85 |
| 03/04/21 | 10228 | Waste Management of South Carolina, Inc. | Reissue Check for Dividend paid   6.24% on $16,802.74; Claim# 18; Filed: $16,802.74; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163.<br>Stopped on 06/18/21 | 7100-000 | | 1,048.85 | 0.00 |
| 06/15/21 | 10226 | PCM, Inc. | Dividend paid   6.24% on $1,637.00; Claim# 16; Filed: $1,637.00; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163.<br>Stopped: check issued on 12/16/20 | 7100-000 | | -102.18 | 102.18 |
| 06/15/21 | 10229 | PCM, Inc. | Reissued Check for Dividend paid   6.24% on $1,637.00; Claim# 16; Filed: $1,637.00; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 102.18 | 0.00 |
| 06/18/21 | 10228 | Waste Management of South Carolina, Inc. | Reissue Check for Dividend paid   6.24% on $16,802.74; Claim# 18; Filed: $16,802.74; | 7100-000 | | -1,048.85 | 1,048.85 |
| | | | Subtotals : | | $0.00 | $699.55 | |

{} Asset reference(s)

Printed: 10/18/2021 01:29 PM    V.20.36

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 18-52501-PMB |
| **Case Name:** | WASTETECH, LLC, FKA NTC WASTE GROUP |
| **Taxpayer ID #:** | **-***7042 |
| **Period Ending:** | 10/18/21 |

| | |
|---|---|
| **Trustee:** | Cathy L. Scarver, Trustee (300006) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******1425 - Checking Account |
| **Blanket Bond:** | $31,525,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163.<br>Stopped: check issued on 03/04/21 | | | | |
| 06/18/21 | 10230 | Waste Management of South Carolina, Inc. | 2nd Reissue of Check for Dividend paid 6.24% on $16,802.74; Claim# 18; Filed: $16,802.74; Reference: ; Per Trustee's Dividend Distribution Report filed 11/16/20, Doc. No. 163. | 7100-000 | | 1,048.85 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 497,262.34 | 497,262.34 | $0.00 |
| Less: Bank Transfers | 497,262.34 | 0.00 | |
| **Subtotal** | 0.00 | 497,262.34 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $497,262.34 | |

| | |
|---|---|
| Net Receipts : | 667,218.37 |
| Plus Gross Adjustments : | 5,956.85 |
| Net Estate : | $673,175.22 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6266** | 238,700.22 | 108,104.40 | 0.00 |
| **Checking # ******6267** | 428,518.15 | 61,851.63 | 0.00 |
| **Checking # ******1425** | 0.00 | 497,262.34 | 0.00 |
| | $667,218.37 | $667,218.37 | $0.00 |